UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN CRAIN,<br><br>      Plaintiff,<br><br>  vs.<br><br>MATTHEW HEIFNER et al.,<br><br>      Defendants | Case No.: 2:10-cv-00574-GMN-PAL<br><br>**ORDER** |

This case arises out of a defamation claim filed in state court. The state court entered summary judgment for Defendant, and the Nevada Supreme Court affirmed. Plaintiff seeks review of the Nevada Supreme Court's decision. This Court has no jurisdiction to entertain such an appeal. Plaintiff must petition the United States Supreme Court for a writ of certiorari pursuant to 28 U.S.C. § 1257(a).

**CONCLUSION**

IT IS HEREBY ORDERED that the Report and Recommendation (#2) is ADOPTED, and the case is DISMISSED for lack of subject matter jurisdiction.

DATED: This 4th day of June, 2010.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE